IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KAREN GALLAGHER, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00072-FB |
| vs. | § § | |
| GEORGE E LUCAS JR, | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court in the above-styled cause of action are Defendant's Contested Motion to Extend Deadline for Neuroradiologist Alice Viroslav [#24] and Plaintiff's Daubert Motion to Strike Portions of the Testimony of John R. Anderson, MD, Defendant's Retained Expert [#30], both of which have been referred to the undersigned for disposition. The motions are set for a hearing on October 22, 2020, at 1:30 p.m. The Court received the parties' Joint Advisory [#32] on October 12, 2020, informing the Court that the parties have reached an agreement as to Defendant's motion but that a hearing remains necessary on Plaintiff's motion. The Court will therefore grant Defendant's motion and enter the following agreement of the parties as set forth in their Advisory.

**IT IS THEREFORE ORDERED** that Defendant's Contested Motion to Extend Deadline for Neuroradiologist Alice Viroslav [#24] is **GRANTED** as follows:

**IT IS ORDERED** that Defendant's designation of expert witness Alice Viroslav, M.D., is deemed timely.

**IT IS FURTHER ORDERED** that Defendant will produce Dr. Viroslav for deposition on or before **November 2, 2020**.

**IT IS FURTHER ORDERED** that Plaintiff may designate a rebuttal expert within three weeks of the date Dr. Viroslav is deposed.

**IT IS FURTHER ORDERED** that, in all other respects, Defendant's Motion [#24] is **DENIED**.

**IT IS FINALLY ORDERED** that Plaintiff's Daubert Motion to Strike Portions of the Testimony of John R. Anderson, MD, Defendant's Retained Expert [#30] **REMAINS SET** for a hearing on October 22, 2020, at 1:30 p.m.

SIGNED this 13th day of October, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE