# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **KAREN GALLAGHER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO. SA-20-CA-72-FB |
| | ) |
| **GEORGE E. LUCAS, JR.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Motion to Dismiss Defendant George E. Lucas Jr. ( docket no. 48) filed by the plaintiff on January 29, 2020. The parties stipulate that the above captioned case can be dismissed with prejudice as to defendant George E. Lucas Jr. to the rights of plaintiff to refile same or any part thereof, with all costs of court taxed against the party incurring same. Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, plaintiff has requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation of dismissal signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Motion to Dismiss Defendant George E. Lucas Jr. ( docket no. 48) filed by the plaintiff on January 29, 2020, is GRANTED such that the above captioned case is DISMISSED WITH PREJUDICE as to defendant George E. Lucas Jr. to the rights of plaintiff to refile same or any part thereof, with all costs of court taxed against the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of January, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE